UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLYDE RHODES,

      Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

Case No. 12-15176
Hon. Gerald E. Rosen
Magistrate Judge R. Steven Whalen

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       March 24, 2014

PRESENT: Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

On December 31, 2013, Magistrate Judge R. Steven Whalen issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Clyde Rhodes's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R. Having reviewed the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's December 31, 2013 Report and Recommendation (docket #16) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's March 29, 2013 motion for summary judgment (docket #12) is DENIED, and that Defendant's July 1, 2013 motion for summary judgment (docket #15) is GRANTED.

          s/Gerald E. Rosen
          Chief Judge, United States District Court

Dated: March 24, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 24, 2014, by electronic and/or ordinary mail.

          s/Julie Owens
          Case Manager, (313) 234-5135